UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| WILLIAM G. CARTER, | ) | |
| --- | --- | --- |
| Plaintiffs, | ) | |
| vs. | ) | Case No. 4:07CV1545 JCH |
| JAY ENGLEHART, et al., | ) | |
| Defendants. | ) | |

## **ORDER**

Upon review of the Court file, plaintiff has failed to comply with the Court's order dated **January 11, 2008**. Rule 41(b) of the Federal Rules of Civil Procedure permits the Court to dismiss a case for failure to prosecute or to comply with a Court order.

Accordingly,

**IT IS HEREBY ORDERED,** that plaintiff's complaint is **DISMISSED** pursuant to Fed. R. Civ. P. 41(b).

Dated this 8th Day of February, 2008.

/s/ Jean C. Hamilton
JEAN C. HAMILTON
UNITED STATES DISTRICT JUDGE